THE CHEMICAL NATIONAL BANK OF NEW YORK, Respond-
ent, *v.* NEW YORK DOCK COMPANY, Appellant.

*Lien — warehousemen — goods stored by agent without notice to ware-*
*houseman of actual ownership — warehouseman does not acquire*
*lien thereon for indebtedness of agent arising from storage of other goods.*

*Chemical Nat. Bank* v. *New York Dock Co.,* 203 App. Div. 108,
affirmed.

(Argued May 1, 1923; decided May 29, 1923.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the first judicial
department, entered November 17, 1922, in favor of
plaintiff upon the submission of a controversy under
section 546 of the Civil Practice Act. Plaintiff, at the
request of the Republic Trading Company, doing business
in New York, issued its letters of credit in favor of a
Canadian firm enabling it to draw a sight draft upon
plaintiff for the invoice value of merchandise shipped
to the trading company. The bank paid the draft
and received an assignment of the shipping documents
evidencing title to the merchandise. The trading com-
pany became bankrupt and paid nothing on account of
the transaction. The bank in the meantime had intrusted
the merchandise to the trading company for the purpose
of storage and sale and the latter stored it with defendant
without disclosing plaintiff's ownership and received from
defendant its non-negotiable warehouse receipt which it
afterwards indorsed and turned over to plaintiff with
an order for the goods. Plaintiff tendered the same to
defendant with the amount of its charges in respect of
the merchandise and demanded delivery thereof which
was refused upon the ground that defendant claimed a
lien thereon for an indebtedness owing to it by the
trading company for warehouseman's charges in respect
to other goods previously stored and withdrawn by said
company.

*Martin A. Schenck* and *Charles E. Hotchkiss* for
appellant.

*George L. Kobbe* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

BARNETT KEYSER, Respondent, v. NATHAN J. MILLER et al., Appellants.

*Contract — sale — subscription for and allotment of stock — delivery and acceptance of securities as margin for purchase price — subsequent cancellation and refusal to deliver stock — action by subscribers to recover damage.*

*Keyser* v. *Miller*, 204 App. Div. 868, affirmed.

(Argued May 2, 1923; decided May 29, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. Plaintiff alleged that he subscribed for shares of stock in a certain corporation which defendants were marketing; that thereafter defendants in writing allotted to the plaintiff upon his subscription 100 shares of said stock at twelve dollars and fifty cents per share; that the plaintiff agreed to said allotment, and delivered to the defendants as margin certain securities, which margin was received and accepted by defendants as satisfactory; that thereafter the defendants wrongfully canceled plaintiff's allotment and refused to deliver to him the stock purchased by him as aforesaid. For the damage occasioned by the alleged breach of contract this action was brought.

*Mark G. Holstein, Jacob Schnebel* and *Mark Jacobs* for appellants.

*Abraham P. Wilkes* and *Irving Katz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.